**TARA J. ELLIOTT**
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 8329
Missoula, MT 59807
105 E. Pine, 2d Floor
Missoula, MT 59802
Phone: (406) 542-8851
Fax: (406) 542-1476
E-mail: tara.elliott@usdoj.gov

**ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA**



FILED
JUN 2 1 2016
Clerk, U S District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### MISSOULA DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. THOMAS EARL DEMPSEY, NICK WEST, CARISSA LYNN KOPP, and HANNAH NICHOLE PARKER, Defendants. | CR 16- 28 -M- DLC <br><br> **INDICTMENT** <br><br> **CONSPIRACY TO COMMIT ROBBERY AFFECTING COMMERCE** <br> (Count I) <br> Title 18 U.S.C. § 1951(a) <br> (Penalty: 20 years imprisonment, $250,000 fine, and three years supervised release) <br><br> **ROBBERY AFFECTING COMMERCE** <br> (Count II) <br> Title 18 U.S.C. §§ 1951(a), 2 <br> (Penalty: 20 years imprisonment, $250,000 fine, and three years supervised release) <br><br> **CARJACKING** <br> (Count III) <br> Title 18 U.S.C. §§ 2119, 2 <br> (Penalty: 15 years imprisonment, $250,000 fine, and three years supervised release) |
|---|---|

|  | KIDNAPPING<br>(Counts IV-VIII)<br>Title 18 U.S.C. §§ 1201(a)(1), 2<br>(Penalty for Counts IV and V: Mandatory minimum 20 years to life imprisonment, $250,000, and five years supervised release)<br>(Penalty for Counts VI-VIII: Life imprisonment, $250,000 fine, and five years supervised release)<br><br>POSSESS AND BRANDISH A FIREARM IN FURTHERANCE OF A CRIME OF VIOLENCE<br>(Count IX)<br>Title 18 U.S.C. §§ 924(c)(1)(A)(ii), 2<br>(Penalty: Mandatory minimum seven years to life imprisonment, consecutive to any other sentence, $250,000 fine, and five years supervised release)<br><br>POSSESS AND DISCHARGE A FIREARM IN FURTHERANCE OF A CRIME OF VIOLENCE<br>(Count X)<br>Title 18 U.S.C. §§ 924(c)(1)(A)(iii), 2<br>(Penalty for first conviction: mandatory minimum ten years to life imprisonment, consecutive to any other sentence, $250,000 fine, and five years supervised release)<br>(Penalty for second conviction: mandatory minimum 25 years to life imprisonment, consecutive to any other sentence, $250,000 fine, and five years supervised release)<br><br>FELON IN POSSESSION OF A FIREARM<br>(Counts XI and XII)<br>Title 18 U.S.C. § 922(g)(1)<br>(Penalty: Ten years imprisonment, $250,000 fine, and three years supervised release)<br><br>FORFEITURE<br>18 U.S.C. §§ 924(d)(1), 981(a)(1)(C), 982(a)(5)<br>28 U.S.C. § 2461(c) |
|---|---|

THE GRAND JURY CHARGES:

## COUNT I

That on or about May 27, 2016, in Missoula County, in the State and District of Montana, the defendants, THOMAS EARL DEMPSEY, NICK WEST, CARISSA LYNN KOPP, and HANNAH NICHOLE PARKER, knowingly agreed and conspired with each other to commit the offense of robbery affecting commerce, in violation of 18 U.S.C. §1951.

### OBJECT OF THE CONSPIRACY

The object of the conspiracy was to take, by actual and threatened force and violence, property from the person or presence of another, namely employees of Deano's Travel Plaza, a business engaged in interstate commerce.

### METHODS AND MEANS USED TO FACILITATE THE CONSPIRACY

Among the methods and means used by the defendants to carry out the object of the conspiracy were the following:

a. The defendants met and planned the robbery of Deano's Travel Plaza in order to obtain cash proceeds.

b. The defendants obtained a firearm for the purpose of committing the robbery.

c. The defendants traveled by automobile to rob the victims of monies in the form of United States Currency.

3

d. The defendants utilized a firearm and restrained employees while obtaining monies from a safe located at Deano's Travel Plaza.

## COUNT II

That on or about May 27, 2016, in Missoula County, in the State and District of Montana, the defendants, THOMAS EARL DEMPSEY, NICK WEST, CARISSA LYNN KOPP, and HANNAH NICHOLE PARKER, knowingly used actual and threatened force and violence to take from the person or presence of another the property of Deano's Travel Plaza, a business engaged in interstate commerce, thereby obstructing, delaying, and otherwise affecting commerce, and aided and abetted the same, in violation of 18 U.S.C. §§ 1951(a) and 2.

## COUNT III

That on or about May 27, 2016, in Missoula County, in the State and District of Montana, the defendants, THOMAS EARL DEMPSEY, NICK WEST, CARISSA LYNN KOPP, and HANNAH NICHOLE PARKER, with the intent to cause death and serious bodily harm, knowingly used fear, violence, and intimidation to take from the presence of R.J. a motor vehicle that had been transported, shipped, and received in interstate commerce, and aided and abetted the same, in violation of 18 U.S.C. §§ 2119 and 2.

COUNT IV

That on or about May 27, 2016, in Missoula County, in the State and District of Montana, the defendants, THOMAS EARL DEMPSEY, NICK WEST, CARISSA LYNN KOPP, and HANNAH NICHOLE PARKER, did unlawfully, knowingly, and willfully seize, confine, abduct and hold T.J., a child who had not attained the age of eighteen years, to avoid apprehension by law enforcement, and, in furtherance of the commission of the offense, used a motor vehicle, a means, facility, and instrumentality of interstate commerce, and did aid and abet the same, in violation of 18 U.S.C. §§ 1201(1)(a) and 2.

COUNT V

That on or about May 27, 2016, in Missoula County, in the State and District of Montana, the defendants, THOMAS EARL DEMPSEY, NICK WEST, CARISSA LYNN KOPP, and HANNAH NICHOLE PARKER, did unlawfully, knowingly, and willfully seize, confine, abduct and hold E.J., a child who had not attained the age of eighteen years, to avoid apprehension by law enforcement, and, in furtherance of the commission of the offense, used a motor vehicle, a means, facility, and instrumentality of interstate commerce, and did aid and abet the same, in violation of 18 U.S.C. §§ 1201(1)(a) and 2.

## COUNT VI

That on or about May 27, 2016, in Missoula County, in the State and District of Montana, the defendants, THOMAS EARL DEMPSEY, NICK WEST, CARISSA LYNN KOPP, and HANNAH NICHOLE PARKER, did unlawfully, knowingly, and willfully seize, confine, abduct and hold R.J., to avoid apprehension by law enforcement, and, in furtherance of the commission of the offense, used a motor vehicle, a means, facility, and instrumentality of interstate commerce, and did aid and abet the same, in violation of 18 U.S.C. §§ 1201(1)(a) and 2.

## COUNT VII

That on or about May 27, 2016, in Missoula County, in the State and District of Montana, the defendants, THOMAS EARL DEMPSEY, NICK WEST, CARISSA LYNN KOPP, and HANNAH NICHOLE PARKER, did unlawfully, knowingly, and willfully seize, confine, abduct and hold B.J., to avoid apprehension by law enforcement, and, in furtherance of the commission of the offense, used a motor vehicle, a means, facility, and instrumentality of interstate commerce, and did aid and abet the same, in violation of 18 U.S.C. §§ 1201(1)(a) and 2.

## COUNT VIII

That on or about May 27, 2016, in Missoula County, in the State and District of Montana, the defendants, THOMAS EARL DEMPSEY, NICK WEST, CARISSA LYNN KOPP, and HANNAH NICHOLE PARKER, did unlawfully,

knowingly, and willfully seize, confine, abduct and hold K.R., to avoid apprehension by law enforcement, and, in furtherance of the commission of the offense, used a motor vehicle, a means, facility, and instrumentality of interstate commerce, and did aid and abet the same, in violation of 18 U.S.C. §§ 1201(1)(a) and 2.

## COUNT IX

That on or about May 27, 2016, in Missoula County, in the State and District of Montana, the defendants, THOMAS EARL DEMPSEY, NICK WEST, CARISSA LYNN KOPP, and HANNAH NICHOLE PARKER, did knowingly possess a firearm in furtherance of a crime of violence for which they may be prosecuted in a Court of the United States, that is conspiracy to commit robbery affecting commerce and robbery affecting commerce, as charged in Counts I and II of this Indictment, in violation of 18 U.S.C. § 1951(a), and did aid and abet the same, in violation of 18 U.S.C. §§ 924(c)(1)(A)(ii) and 2.

The Grand Jury finds the firearm was brandished.

## COUNT X

That on or about May 27, 2016, in Missoula County, in the State and District of Montana, the defendants, THOMAS EARL DEMPSEY, NICK WEST, CARISSA LYNN KOPP, and HANNAH NICHOLE PARKER, did knowingly possess a firearm in furtherance of a crime of violence for which they may be

prosecuted in a Court of the United States, that is carjacking, as charged in Count III of this Indictment, in violation of 18 U.S.C. § 2119, and did aid and abet the same, in violation of 18 U.S.C. §§ 924(c)(1)(A)(iii) and 2.

The Grand Jury finds the firearm was discharged.

## COUNT XI

That on or about May 27, 2016, in Missoula County, in the State and District of Montana, the defendant, THOMAS EARL DEMPSEY, having been convicted of a crime punishable by imprisonment for a term exceeding one year under the laws of the State of Washington, knowingly possessed, in and affecting commerce, a firearm, in violation of 18 U.S.C. § 922(g)(1).

## COUNT XII

That on or about May 27, 2016, in Missoula County, in the State and District of Montana, the defendant, NICK WEST, having been convicted of a crime punishable by imprisonment for a term exceeding one year under the laws of the State of Washington, knowingly possessed, in and affecting commerce, a firearm, in violation of 18 U.S.C. § 922(g)(1).

## *PINKERTON* THEORY OF LIABILITY

Counts II through X are subject to a *Pinkerton* theory of liability.

## FORFEITURE

1.      The allegations contained in Counts I through XII of this Indictment are hereby realleged and incorporated by reference as if fully set forth herein for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and 18 U.S.C. § 924(d)(1).

2.      Upon conviction of the violations alleged in Counts I, II and IV through VIII of this Indictment, the defendants, THOMAS EARL DEMPSEY, NICK WEST, CARISSA LYNN KOPP, and HANNAH NICHOLE PARKER, shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real and personal, which constitutes and is derived from proceeds traceable to such violations.

3.      Upon conviction of the violation alleged in Count III of this Indictment, the defendants, THOMAS EARL DEMPSEY, NICK WEST, CARISSA LYNN KOPP, and HANNAH NICHOLE PARKER, shall forfeit to the United States, pursuant to 18 U.S.C. § 982(a)(5), any property, real and personal, which represents and is traceable to the gross proceeds obtained, directly and indirectly, as a result of such violation.

4.      Upon conviction of the violations alleged in Counts III and IX through XII, the defendants, THOMAS EARL DEMPSEY, NICK WEST, CARISSA LYNN KOPP, and HANNAH NICHOLE PARKER, shall forfeit to the United

States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearms involved in and used in the commission of such violations.

5. If any of the property described above, as a result of any act or omission of the defendant:

     a. cannot be located upon the exercise of due diligence;

     b. has been transferred or sold to, or deposited with a third party;

     c. has been placed beyond the jurisdiction of the Court;

     d. has been substantially diminished in value; or

     e. has been commingled with other property which cannot be subdivided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL.

Foreperson signature redacted. Original document filed under seal.

_[signature]_

MICHAEL W. COTTER
United States Attorney

_[signature]_

JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

Crim. Summons _____
Warrant: — Parker
USMS Custody - Dempsey, West, Kopp
Bail: _____