TARA J. ELLIOTT
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 8329
Missoula, Montana 59807
105 E. Pine, 2nd Floor
Missoula, Montana 59802
Phone: (406) 542-8851
FAX: (406) 542-1476
Email: Tara.Elliott@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

**FILED**

JUN 22 2016

Clerk, U.S Courts
District Of Montana
Missoula Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>HANNAH NICHOLE PARKER,<br><br>Defendant. | CR 16-28-M-DLC<br><br>APPLICATION<br>WRIT OF HABEAS CORPUS<br>(For Prosecution) |
|---|---|

The United States of America, represented by Assistant United States Attorney Tara J. Elliott, petitions the Court to issue a Writ of Habeas Corpus directing the Sheriff of the Sanders County Jail, Thompson Falls, Montana and the United States Marshal for the District of Montana, to bring Hannah Nichole Parker before the Court at the following time and place:

10:00 A.M., Thursday, July 21, 2016

1

United States Magistrate Court, Missoula, Montana

The presence of Hannah Nichole Parker is needed to permit her to answer to the Indictment charging her with the following violations of the laws of the United States:

> 18 U.S.C. § 1951(a) & 2 – Conspiracy to Commit Robbery Affecting Commerce
>
> 18 U.S.C. § 1951(a) & 2 – Robbery Affecting Commerce
>
> 18 U.S.C. § 2119 & 2 – Carjacking
>
> 18 U.S.C. § 1201(a)(1) & 2 – Kidnapping
>
> 18 U.S.C. § 924(c)(1)(A)(ii) & 2 – Possess & Brandish a Firearm in Furtherance of a Crime of Violence
>
> 18 U.S.C. § 924(c)(1)(A)(iii) & 2 – Possess & Discharge a Firearm in Furtherance of a Crime of Violence

The Indictment was filed on June 21, 2016. The Defendant is presently under the custody and control of the Sanders County Jail and confined at the Sanders County Jail, Thompson Falls, Montana and therefore cannot appear before this Court unless this Writ is issued.

///

///

///

///

DATED this 22nd day of June, 2016.

                              MICHAEL W. COTTER
                              United States Attorney

                              /s/ Tara J. Elliott
                              TARA J. ELLIOTT
                              Assistant U.S. Attorney
                              Attorney for Plaintiff