# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# MISSOULA DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>HANNAH NICHOLE PARKER,<br><br>Defendant. | CR 16-28-M-DLC<br><br>WRIT OF HABEAS CORPUS<br>(for prosecution) |
|---|---|

To: Darrell Bell, United States Marshal, District of Montana, and the Sheriff of Sanders County Jail, Thompson Falls, Montana

YOU ARE HEREBY COMMANDED to bring Hannah Nichole Parker who is presently in your custody, on Thursday, July 21, 2016 at 10:00 A.M., to appear before Magistrate Jeremiah C. Lynch at the Russell Smith Courthouse, to answer the Indictment presently pending against Hannah Nichole Parker, in the District of Montana and for such purposes as the Court may determine, and upon the issuance of Judgment in the above-captioned cause, Hannah Nichole Parker, shall be returned to the custody of the Sanders County Jail.

WITNESS the Honorable Jeremiah C. Lynch.

United States Magistrate Judge at Missoula, Montana this \_\_\_\_ day of June, 2016.

Tyler P. Gilman, Clerk

Clerk

_____

Deputy Clerk