IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>HANNAH NICHOLE PARKER,<br><br>Defendant. | CR 16-28-M-DLC<br><br>ORDER |

On July 6, 2016, Defendant Hannah Parker appeared before the Court for her initial appearance and arraignment on the Indictment pending against her. The Defendant entered a plea of not guilty.

At the time of her appearance the Defendant had been in the custody of the Sheriff of Sanders County, Montana, and she was brought before this Court pursuant to a Writ of Habeas Corpus ad Prosequendum. In light of her state custody, the Writ requires the Defendant to remain in federal custody until the conclusion of all proceedings in this case, and thereafter be returned to the custody of the Sheriff of Sanders County.

**THEREFORE, IT IS HEREBY ORDERED** the Defendant is committed

to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

DATED this 6th day of July, 2016.

_____
Jeremiah C. Lynch
United States Magistrate Judge