**TARA J. ELLIOTT**
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 8329
Missoula, Montana 59807
105 E. Pine, 2nd Floor
Missoula, Montana 59802
Phone: (406) 542-8851
FAX: (406) 542-1476
Email: Tara.Elliott@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. HANNAH NICHOLE PARKER, Defendant. | CR 16-28-M-DLC OFFER OF PROOF |

Defendant has signed a plea agreement which contemplates her plea of guilty to Count I of the Indictment, which charges the crime of conspiracy to commit robbery affecting commerce in violation of 18 U.S.C. § 1951(a). The Defendant's plea of guilty will be unconditional.

1

The United States presented any and all formal plea offers to the Defendant in writing. The plea agreement entered into by the parties and filed with the court represents, in the Government's view, the most favorable offer extended to the Defendant. *See Missouri v. Frye*, 132 S.Ct. 1399 (2012).

**ELEMENTS.** In order to prove Count I of the Indictment against the Defendant at trial, the United States would have to prove the following elements beyond a reasonable doubt:

First, there was an agreement between two or more people to commit robbery affecting commerce; and

Second, the defendant joined the conspiracy knowing of its object and intending to help further that object.

**The elements of robbery affecting commerce are:**

First, one or more of the conspirators induced individuals at Deano's General Store to part with property by the wrongful use of actual or threatened force, fear, or violence;

Second, the conspirators acted with the intent to obtain property; and

Third, commerce from one state to another was affected in some way.

**PROOF**.  If called upon to prove this case at trial, and to provide a factual basis for the Defendant's plea, the United States would present, by way of the testimony of law enforcement officers, lay and expert witnesses, and physical evidence, the following:

On or around May 27, 2016, in Missoula County, numerous victims within Deano's General Store were held-up at gunpoint by two armed persons, which resulted in the loss of approximately $3,200 to the store.  Following the robbery, Parker admitted that she was a passenger in the vehicle that drove the two men to Deano's, that she was aware that they were both armed with guns, and that she had been aware before she entered the vehicle that one of the men had committed robberies in the past.[1]

Special Agents with the FBI later searched Parker's cellular telephone and discovered relevant data, which included texts between Parker and co-defendants Dempsey and Kopp.

The robbery took place at approximately 3:30 a.m., and the following text excerpts followed:

Texts between Parker and Dempsey:

>   0509 from Dempsey: "Sorry. I'm busy. Call back later[.]"
>   0515 from Parker: "Yo call me[.]"

---

[1] Parker indicated in a recorded statement that she knew Dempsey had committed robberies in the past.  She later recanted that statement.

3

      0551 from Dempsey: "What's good[.]"
      0552 from Parker: "Wanting to know your good before I go to work…"
      0555 from Dempsey: "Shit I'm too good to b shut down! I'm to Fuckin ho[.]"
      0556 from Parker: "Where You gonna be later….am I not gonne see yo[u?]"
      0557 from Parker: "I wanna see you. I get off work at 1pm…"
      0609 from Dempsey: "Yo if ur in my corner! Don't tell any body! I told"
      0612 from Parker: "I'm down for you 110% I'm going to work for you like a nor"
      0637 from Parker: "Home girls gona get me after work[.]"
      ("Homegirl" is associated through her phone number as being co-defendant Carissa Kopp.)

Cellular communication between Parker and Kopp:

      0644: Parker sent Kopp a link titled "Missoula law enforcement pursuing armed suspects[.]"

Texts between Parker and Dempsey:

      0648 from Parker: "Tell me your good. Your gonna be ok & I'll see you[.]"
      0653 from Dempsey: "He'll ta I'm good! YOLD I ya no jail for me[.]"
      1314 from Dempsey: "I need so shit I'm getting a Lil tired[.]"
      1316 from Parker: "k…I got chu"

Additionally, on May 27, 2016 at 4:52 a.m., Parker installed a police scanner application onto her cellular device, and a short while later (beginning around 5:44 a.m. and continuing until about 10:14 a.m.), Parker began conducting Internet news

4

searches related to the robbery, and also uploaded several news photos of the robbery onto her phone.

A confidential informant would testify that s/he spoke with Parker the day after the robbery and Parker told him/her that she had been involved with the robbery, that Dempsey and West were armed, and that she and Kopp panicked and drove away in the getaway vehicle before they had a chance to pick-up Dempsey and West.

A second confidential informant would testify that Parker also told him/her that she was present during the robbery.

DATED this 14th day of October, 2016.

        MICHAEL W. COTTER
        United States Attorney

        */s/ Tara J. Elliott*
        Assistant U.S. Attorney